NIS

FULL NAME

Cristobal G. Rolon
COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION

9500 Etiwanda Ave Rancho Cucamonga
Ca 91739 West Valley Detention Center
PRISON NUMBER (if applicable)
2401370303

FILED
CLERK, U.S. DISTRICT COURT

OCT - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Cristobal Rolon

PLAINTIFF,

v.

County of San bernardino ETAL    DEFENDANT(S).

CASE NUMBER   5:25CV02614-AH-MBK
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b.  Court _____

_____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f.  Issues raised: _____

_____

_____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

If your answer is no, explain why not _filed grievance, refused copys, exhaustion futile_

3.  Is the grievance procedure completed? ☑ Yes   ☐ No

If your answer is no, explain why not _____

4.  Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _Cristobal G Rolon_
(print plaintiff's name)
who presently resides at _9500 Ehiwanda ave Rancho Cucamonga Ca 91739_,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_West Valley detention Center Rancho Cucamonga_
(institution/city where violation occurred)

CV-66 (7/97)                           CIVIL RIGHTS COMPLAINT                          Page 2 of 6

on (date or dates) ___JANUARY 13, 2024___ THROUGH ___TODAYS CURRENT DATE___ .
          (Claim I)          (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant ___COUNTY OF SAN BERNARDINO___ resides or works at
(full name of first defendant)
___SANBERNARDINO COUNTY CALIFORNIA___
(full address of first defendant)
___ENTITY MUNICIPALITY___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
IT IS A CORPORATION AS GOVERNMENT ENTITY RESPONSIBLE FOR ALL GOVERNMENT ACTORS IN JURISDICTION

2. Defendant ___SAN BERNARDINO, COUNTY SHERIFF DEPARTMENS___ resides or works at
(full name of first defendant)
___655 E THIRD ST S.B, CA, 92415___
(full address of first defendant)
___ENTITY AS A MUNICIPALITY___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
IS GOVERNMENT ENTITY RESPONSIBLE FOR ACTORS EMPLOYED UNDER THIS ENTITY

3. Defendant ___SHANNON DICUS___ resides or works at
(full name of first defendant)
___655 E THIRD ST S.B, CA 92415___
(full address of first defendant)
___SHERIFF OF COUNTY___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

Explain how this defendant was acting under color of law: EMPLOYED BY COSB, SBSD CONTROLS, RESPONSIBLE FOR ENFORCEMENT OF RULES OF STATE, COUNTRY RELATED TO PLAINTIFF

4. Defendant _GERALD DAVENPORT_ resides or works at
(full name of first defendant)
_9SCC ETIWANDA R.C. CA. 91739_
(full address of first defendant)
_FACILITY CAPTAIN_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law: _EMPLOYED BY CCSB, SBSD CONTROL, RESPONSIBLE FOR ENFORCEMENT OF RULES OF STATE, COUNTRY RELATED TO PLAINTIFF_

5. Defendant _DOE #1 CHIEF MEDICAL OFFICER_ resides or works at
(full name of first defendant)
_9SCC ETIWANDA R.C. CA. 91739_
(full address of first defendant)
_SENIOR MEDICAL OFFICER CONTROL TREATMENT_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
_EMPLOYED AS CHIEF MEDICAL DECISION MAKER REGARDING PLAINTIFF DETENTION, TREATMENT_

6 Defendant __DOE #2-3 WATCH COMMANDERS__ resides or works at
(full name of first defendant)
__9SCC ETIWANDA R.C. CA. 91739__
(full address of first defendant)
__UNKNOWN - SENIOR OFFICER 1-13-24__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual ☑official capacity.

Explain how this defendant was acting under color of law:
__EMPLOYED AS SENIOR OFFICER REGARDING HOUSING__
__PLAINTIFF IN NON-ADA COMPLIANT CELL__

7. Defendant __DOE#4 UNIT# 15 SERGEANT__ resides or works at
(full name of first defendant)
__9SCC ETIWANDA R.C. CA. 91739__
(full address of first defendant)
__UNIT SERGEANT AUTHORIZING NON-ADA CELL__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑official capacity.

Explain how this defendant was acting under color of law:
__EMPLOYED AS SENIOR OFFICER REGARDING__
__NON-ADA HOUSING ASSIGNMENT__

DEFENDANT DOES #5-20 NAME AND DUTIES UNKNOWN
9SCC ETIWANDA R.C. CA. 91739
SUED INDIVIDUAL AND OFFICIAL CAPACITY
OFFICERS, DEPUTIES, STAFF, MEDICAL EMPLOYED
BY SBSD IN VARIOUS CAPACITIES

CIVIL RIGHTS COMPLAINT

# STATEMENT OF FACTS

1) AT ALL TIMES RELEVANT CHRISTOBAL ROLON, PLAINTIFF WAS AN INMATE UNDER CONTROL IN CUSTODY BY ALL DEFENDANTS

2) AT ALL TIMES RELEVANT DEFENDANTS ARE, WERE RESPONSIBLE FOR PLAINTIFFS INJURIES FOR FAILURES TO PROTECT, FAILURE TO PROVIDE ADEQUATE AND MEANINGFUL, MEDICAL ATTENTION ADEQUATE TREATMENT WHEN DEFENDANTS KNEW, SHOULD HAVE KNOW PLAINTIFFS INJURIES WERE SERIOUS AND POTENTIALLY LIFE THREATENING, AND DELIBERATELY CAUSED, INSTIGATED, EXASPERATED THE INJURY UNTIL PLAINTIFF SUFFERED, SUFFERED THE LOSS OF A NECESSARY LIMB, AND IS NON PERMANENTLY DISMEMBERED, DISABLED

3) ON OR ABOUT MAY 3, 2023, WHILE IN CUSTODY, OUT ON BAIL PLAINTIFF WAS INJURED IN AN ACCIDENT, LOST HIS RIGHT LEG IN AN AUTO ACCIDENT, THE MEDICAL TEAM AT LOMA LINDA RE-ATTACHED THE LEG AND PLACED IT IN TRACTION ATTACHED TO PLAINTIFF TO PERMIT HEALING AND MENDING OF BONE, TENDON, NERVES AND MUSCLE

4) ON OR ABOUT JANUARY 13, 2024 PLAINTIFF WAS TAKEN INTO CONTROL DETENTION CUSTODY AND HOUSED AT WEST VALLEY DETENTION UNIT #15-A-3 FOR TREATMENT CARE AND THERAPY THAT FELL BELOW MEDICAL NECESSITIES

5) ON OR ABOUT FEBRUARY 2024 PLAINTIFF COMPLAINED THE CELL HE WAS DETAINED WAS NON-ADA COMPLIANT WHICH CAUSED EXTREME DISCOMFORT, PAIN AND ANGUISH.

PAGE 4A

6) PLAINTIFF, WHILE RESTRICTED TO A WHEELCHAIR, WITH HIS LEG IN TRACTION FELL WHILE DETAINED IN THE NON-ADA COMPLIANT CELL NUMEROUS TIMES, REPORTED THE FALLS TO CUSTODY AND MEDICAL STAFF WHO STATED "YOUR NOT GOING TO BE MOVED INTO A LARGER CELL, STOP WHINING"

7) ON OR ABOUT JULY 3, 2024 PLAINTIFF EXPERIENCED A SEVERE FALL WHILE DETAINED IN THE NON-ADA COMPLIANT CELL, LANDING ON THE EXTERNAL HARDWARE IN THE TRACTION, RE-INJURING AND BREAKING THE BONE THAT HAD BEGAN MENDING, CAUSING EXCRUCIATING PAIN UNTIL PLAINTIFF SCREAMED FOR HELP, BEGGING STAFF TO TAKE HIM BACK TO THE HOSPITAL TO SEE HIS DOCTOR, CHIEF SURGEONS. STAFF PROLONGED RESPONSE FOR DAYS, UNTIL PLAINTIFF SUTURES BLED, CAUSING EXTREME FEVER AND UNCONSCIONABLE PAIN. PLAINTIFF TOLD HIS JUDGE ENRIQUE GUERRERO WHAT HAPPENED, THE PAIN AND SUFFERING HE WAS IN, AND THE COURT MADE A DIRECT ORDER AGAINST SBSD TO TAKE PLAINTIFF TO MEDICAL IMMEDIATELY.

8) ON OR ABOUT JULY 13, 2024, MORE THAN NINE DAYS AFTER THE COURTS ORDER TO PROVIDE TREATMENT, THE STAFF CONSISTENTLY HUMILIATED PLAINTIFF CALLING HIM A CRY BABY, AND REFUSED TREATMENT UNTIL ON JULY 13, 2024 SBSD FINALLY TRANSPORTED PLAINTIFF TO RECEIVE APPROPRIATE MEDICAL CARE

PAGE 4B

9) BY THE TIME PLAINTIFF WAS TRANSPORTED BACK TO MEDICAL, HIS LEG HAD BEEN REBROKEN, HIS LEG HAD SWOLLEN UNTIL PUSS SEEPED FROM THE SUTURES. THE DOCTOR STATED PLAINTIFF INJURY WAS VISIBLY INFECTED DUE TO THE SWOLLENESS, PUSS SEEPING FROM SUTURES, THE LEG WAS DISCOLORED, HOT TO THE TOUGH. THE DOCTOR STATED SBSD TOOK TOO LONG TO PROVIDE MEDICAL ASSISTANCE, RESPONSE, CAUSING THE DEEP TISSUE INFECTION THAT WAS LIFE THREATENING

10) PLAINTIFF STAYED IN THE HOSPITAL FOR THREE MONTHS TO RE-MEND THE BREAK, RE-SET THE TRACTION PINS AND RODS, AND TREAT THE DEEP INFECTION UNTIL THE LEG COULD BEGIN MENDING AGAIN. ON OR ABOUT 10-2024 PLAINTIFF WAS TRANSPORTED BACK TO WVDC UNIT #11-E-4 FOR FOLLOW UP DETENTION AND TREATMENT

11) SEVERAL TIMES PLAINTIFF WAS DEPRIVED DRESSING CHANGES, ADEQUATE TREATMENTS BETWEEN 10-2024 AND FEBRUARY 22, 2025, INSTIGATING, CAUSING, EXASPERATING INJURY AND ONGOING INFECTION THAT PLAINTIFF WAS AGAIN RETURNED TO ARROWHEAD REGIONAL WHERE DR ELCEECEE STATED THE INFECTION WAS TOO DEEP TO CURE THEN TOLD PLAINTIFF THEY HAD TO REMOVE HIS LEG OR HE WAS GOING TO DIE, THEY TO PLAINTIFF LEG OFF

PAGE 4C

31) PARAGRAPHS ABOVE NOW INCORPORATED HEREIN

**D. CLAIMS***

CLAIM I PENDANT JURISDICTION

The following civil right has been violated:

32) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

33) DEFENDANTS EXTREME DISREGARD FOR PLAINTIFF DISABILITIES, MEDICAL NEED WHICH DEFENDANTS KNEW, SHOULD HAVE KNOW CAUSE PLAINTIFF TO SUFFER UNNECESSARILY OVER A PROLONGED PERIOD OF TIME WITH PHYSICAL PAIN, PSYCHOLOGICAL TRAUMA THAT WAS UNWARRANTED, UNNECESSARY AND AGAINST SBSO POLICIES, RESULTING IN THE LOSS OF A MAJOR LIMB CAUSING PERMANENT DISABILITY

34) DEFENDANTS ACTIONS, REFUSAL TO ACT WAS ABSOLUTE INTENTION TO DISREGARD PLAINTIFF PHYSICAL, MEDICAL NEEDS, CAUSING EMOTIONAL DISTRESS WHERE EMOTIONAL AND PSYCHOLOGICAL SUFFERING ATTACHES TO EXTREME PAIN AND LOSS OF LIMB

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

35) DEFENDANTS ARE PUBLIC ENTITIES, EMPLOYEES OF PUBLIC ENTITY AND SHOULD HAVE KNOWN PLAINTIFF REQUIRED SERIOUS MEDICAL TREATMENT, BUT IGNORE PLAINTIFF CRIES FOR HELP, THE COURTS CROSS TO TREAT, CAUSING IRREPERABLE INJURY, EXTREME SUFFERING, INTENTION INFLICTION OF EMOTIONAL DISTRESS

36) PLAINTIFF IS SUFFERING AND WILL CONTINUE TO SUFFER AND DESERVES TO BE COMPENSATED $7,000,000, PLUS INJUNCTIVE RELIEF IN LIFE LONG MEDICAL TREATMENT AND CARE, ANY OTHER RELIEF THE COURT DEEMS NECESSARY

***If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.**

12) ALL PARAGRAPHS ABOVE NON INCORPERATED

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

ADA TITLE II 42 USC 12132

13) PLAINTIFF WAS A KNOWN DOCUMENTED PHYSICALLY DISABLED INMATE CONFINED TO WHEEL CHAIR WITH LEG IN VISIBLE STEEL TRACTION

14) DEFENDANTS KNEW, SHOULD HAVE KNOWN PLAINTIFF WAS AN ADA CLASS MEMBER BECAUSE OF HIS PHYSICAL CONDITION, DESPITE THIS KNOWLEDGE, DEFENDANTS PLACED HIM INTO A NON-ADA COMPLIANT CELL WHEN THERE WERE AVAILABLE ADA COMPLIANT CELLS, EXPECTING PLAINTIFF TO FALL, GET INJURED, AND SUFFER

15) PLAINTIFF COMPLAINED OF THE INCONVENIENCE, DISCOMFORT AND INABILITY TO EVEN USE ADA TOILETRY AND DEFENDANTS REFUSED PROPER ADEQUATE HOUSING WHICH CAUSE PLAINTIFF TO FALL INSIDE THE CELL, RE BREAK THE LEG, DAMAGE THE STEEL PINS AND METAL TRACTION, CAUSING EXCRUCIATING PAIN AND SUFFERING

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

16) THE COURS MADE AN ORDER TO TRANSPORT PLAINTIFF TO HOSPITAL FOR TREATMENT ON 7-3-24, DEFENDANTS REFUSE TREATMENT UNTIL 7-10-24 TO CAUSE FURTHER ANGUISH

17) DEFENDANTS KNOWLEDGE OF NEED FOR ADA COMPLIANT HOUSING BUT REFUSED ACCESS WHEN ACCESS WAS AVAILABLE DENIED THE ACCOMODATION WHICH CAUSE THE INJURY

18) AS A DIRECT RESULT DEFENDANTS DENIAL OF ACCESS TO ADA ACCOMODATIONS WHILE SBSO ARE FEDERALLY FUNDED

19) PLAINTIFF WAS DENIED SERVICES OF PUBLIC ENTITY AND THE DENIAL WAS BECAUSE OF PLAINTIFFS DISABILITY NEED

20) COMPENSATORY DAMAGES ARE WARRANTED $ 7,000,000°° PLUS PUNITIVE AWARD OF $7,000,000, ATTORNEY FEES SHOULD BE AWARDED UNDER 42 USC 1988, ANY RELIEF THE COURT DAMODS

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)

21) ALL PARAGRAPHS ABOVE NOW INCORPERATED

## D. CLAIMS*

**CLAIM I II**

The following civil right has been violated:

22) DELIBERATE INDIFFERENCE TO MEDICAL NEEDS 42 USC 1983

23) PLAINTIFF HAD A SERIOUS MEDICAL NEED, DISABILITY THAT WAS DOCUMENTED, VISIBLY APPARENT, REQUIRING TREATMENS

24) DEFENDANTS KNEW OF PLAINTIFF SEVERE MEDICAL CONDITION NEEDS FOR TREATMENT, NEEDS FOR REASONABLE ADA ACCOM-ODATION AND DELIBERATELY DISREGARDED THOSE NEEDS PLACING PLAINTIFF IN AN "EXCESSIVE" RISK TO PLAINTIFF MEDICAL AND DISABILITY NEEDS, HOUSING PLAINTIFF IN A NON ADA COMPLIANT CELL, CAUSING HIM TO FALL, WHEN HE COMPLAINED, REFUSED ADAQUATE TREATMENS

25) WHEN THE COURT ORDERED IMMEDIATE TREATMENS ALL DEFENDANTS DELAYED ACCESS, EXASPERATING PAIN CAUSING SUFFERING UNNECESSARILY FOR SEVERAL DAYS

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

26) DEFENDANTS HAD A DUTY TO TREAT, KNEW TREATMENT WAS NECESSARY, WERE ORDERED TO PROVIDE TREATMENT AND PROLONGED ACCESS FOR SEVERAL DAYS CAUSING PAIN AND SUFFERING TO UNCONSCIONABLE DIMENSIONS

27) MEDICAL STAFF STATED ONCE TREATMENS WAS AVAILABLE THAT BECAUSE OF PROLONGED DELAY IN ACCESS CAUSED INFECTIOUS WHICH TOOK THREE MONTHS OF INPATIENT CARE TO OVERCOME

28) THE INFECTION WAS SO DEEP INTO THE BONE AND TISSUE PLAINTIFF LEG HAD TO BE REMOVED, MEDICAL STAFF STATED HAD TREATMENT OCCURED SOONER WOULD HAVE SAVE PLAINTIFF LEG

29) ACTIONS OF DEFENDANTS IS UNCONSCIONABLE AND DELIBERATELY IN DIFFERENT CAUSING IRREPARABLE INJURY

30) PLAINTIFF IS ENTITLE TO DAMAGE AWARD OF $25,000,000 PLUS ATTORNEY FEES UNDER 42 USC 1988, PLUS OTHER RELIEF

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

#1  # ONE    $7,000,000
    #TWO    $14,000,000
    #THREE    25,000,000

#2  INJUNCTIVE RELIEF PROTECTIVE ORDER

#3  LIFE LONG MEDICAL TREATMENT

#4  ATTORNEY FEES 42 USC 1988

#5  APPOINTMENT OF COUNSEL - LARGE NUMBER OF
    DEFENDANTS, EXTENSIVE DISCOVERY

#6  ANY OTHER RELIEF I AM ENTITLED

I CHRISTOBAL RELON AN ADULT PARTY TO
THIS ACTION DECLARE UNDER PENALTY OF
PERJURY THE ABOVE INFORMATION IS TRUE
ACCORDING TO BELIEF AND KNOWLEDGE

8-31-25

(Date)

(Signature of Plaintiff)



Cristobal Rolon 2401370303
SBCSD West Valley Jail / P.O. Box 290776
                                 / Phelan, Co 92329
9500 Etiwanda Ave
Rancho, Cucamonga, Ca 91739

Retail

UNITED STATES POSTAL SERVICE

90012

RDC 99

Moreno Valley
TUE 30 SEP 2

U.S
FC
PH
SER

$3

S232

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

U.S. District Court
255 E. Temple # 180
Los Angeles Ca. 90012